UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 19-09150 CAS (RAO) | Date: | August 3, 2020 |
| Title: | Joel Peter C. Jr. v. Andrew Saul | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**     (In Chambers) **ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE**

On October 24, 2019, Plaintiff Joel Peter C. Jr. ("Plaintiff") filed a complaint challenging the Commissioner of Social Security's denial of his application for benefits. Dkt. No. 1.

On October 28, 2019, the Court issued an Order Re: Procedures in Social Security Appeal ("Procedures Order"). Dkt. No. 9. The Procedures Order required the parties to prepare and file a joint stipulation regarding the issues on appeal and set forth the timeline for each party to prepare its portion of the joint submission. Id. at ¶ 5.

On May 28, 2020, the parties submitted a stipulation for extension of time, in which Plaintiff sought an extension to June 4, 2020, to submit his portion of the joint stipulation to the government. Dkt. No. 15. On May 29, 2020, the Court granted the parties request for an extension. Dkt. No. 16. On June 1, 2020, the Court issued an amended order correcting an error in the May 29, 2020 order. Dkt. No. 17. Under the Procedures Order, the parties' joint stipulation was due on or before July 30, 2020. To date, no joint stipulation has been filed.

In light of the foregoing, **IT IS HEREBY ORDERED** that Plaintiff must show cause, in writing, on or before **August 7, 2020**, why a joint stipulation has not been filed and why this action should not be dismissed for failure to prosecute. Alternatively, Plaintiff may discharge this order by filing the parties' joint stipulation by August 7, 2020.

///

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:  CV 19-09150 CAS (RAO)　　　　　　Date:  August 3, 2020
Title:  Joel Peter C. Jr. v. Andrew Saul

**Failure to timely comply with this order will result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　：
　　　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer　　dl